Anastasia Sandrock, deceased. No opinion. Decree and order of Surrogate's Court (99 N. Y. Supp. 497) affirmed, with one bill of costs to the respondents, other than the incompetent, Ralph Sandrock, against the appellant personally; the costs of the special guardian of said incompetent to be fixed by the surrogate and paid out of the estate.

SARDERWICH, Respondent, v. FUCHS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by Simon Sarderwich against Daniel Fuchs and another. No opinion. Motion for stay denied, without costs.

SCHAFHAUS, Appellant, v. CONEY ISLAND & G. E. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Bertha Schafhaus against the Coney Island & Gravesend Electric Railway Company and another. No opinion. Judgment affirmed, with costs.

SCHEFER v. BALL. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Carl Schefer against Thomas R. Ball.

PER CURIAM. There is no ground upon which this case can be preferred. The parties, however, may upon stipulation submit the case on any day in the June term. Motion denied, without costs. See 104 N. Y. Supp. 1028.

SCHEFER, Appellant, v. BALL, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Carl Schefer against Thomas R. Ball. A. I. Elkus, for appellant. P. Merrill, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 104 N. Y. Supp. 1028.

SCHELLER, Appellant, v. YULE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Max Scheller against James Yule. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SCHMITH v. GARMAN et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Herman Schmith against David Garman and another. M. Brown, in pro per. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHNEIDER, Appellant, v. BOARD of EDUCATION of NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Emma Schneider against the board of education of New York. J. A. Corbin, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re SCHOOL LANDS ON ST. MARKS AVE. IN CITY OF NEW YORK. In re BROSNAN. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of acquiring title by the city of New York to certain lands and premises situate on the northeasterly line of St. Marks avenue, 200 feet west of Classon avenue, in the borough of Brooklyn, in the city of New York, duly selected as a site for school purposes according to law. In the matter of the petition of Patrick Brosnan. No opinion. Motion granted, and proceedings referred to Samuel T. Maddox, Jr., Esq.

SCHREIBER v. RIVERSIDE BANK. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Catherine Schreiber against the Riverside Bank. No opinion. Application denied, with $10 costs. Order signed.

SCHUYLER, Appellant, v. MEAD et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Jay Schuyler against Emma Mead and others. No opinion. Judgment unanimously affirmed, with costs.

SCUDDER, Respondent, v. LEWIS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Townsend Scudder against Charles F. Lewis, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs.

SEABROOK, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Action by Edward Seabrook against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SELAH, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Frank A. Selah against the New York Times Company. A. A. Cook, for appellant. W. M. Seabury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 103 N. Y. Supp. 445.

SENFF, Respondent, v. RODGERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Fred Senff against Howard S. Rodgers and others. No opinion. Motion to dismiss appeal granted, with costs.

SERGENT, Appellant, v. LIVERPOOL & LONDON & GLOBE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Adelbert G. Sergent against the Liverpool & London & Globe Insurance Company.

PER CURIAM. Judgment unanimously affirmed, with costs. See 89 N. Y. Supp. 35.

SEWELL, J., not sitting.